Michael W. Dotts (F0150)
O'CONNOR BERMAN DOTTS & BANES
Suite 201, 2nd Floor, Marianas Business Plaza
P.O. Box 501969,
Susupe, Saipan, MP 96950-1969
Telephone: (670) 234-5684
Telefax: (670) 234-5683

Attorneys for Petitioner
David G. Banes

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **DAVID GEORGE BANES** | Case No. 12-00011 |
| Petitioner, | |
| vs. | DECLARATION OF DAVID G. BANES |
| **OXANA GALKINA BANES,,** | |
| Respondent. | |

I, David G. Banes, declare and state as follows:

1. I am the petitioner in *Banes v. Banes* pending in the Superior Court of the Northern Mariana Islands,

2. In my petition, attached as Exhibit A, which was served on her on June 14, 2011, *See* Exhibit B my proof of service dated June 14, 2011, I alleged Oxana Banes ("Oxana") is a citizen of Guam while I am a citizen of CNMI. I did not request any monetary relief from Oxana.

3. Oxana filed a motion to dismiss for lack of personal jurisdiction claiming that as she was a Guam resident, the Court did not have jurisdiction over her.

4. There after, Oxana on October 24, 2011 filed an Answer admitting I am a citizen of the CNMI and she is of Guam. *See* Exhibit C.

1  5. There has been no amended Petition.

2  6. Trial in this matter is set for June 19, 2012. *See* Exhibit D.

3  7. Oxana through counsel requested an extension of time for the trial. We agreed to the
4  extension IF Oxana would in return agree to preserve the status quo vis-a-vis the Guam case
5  Oxana filed against me in Guam for divorce. In other words we asked Oxana to agree to not set a
6  trial date in the Guam matter before the date the trial in the CNMI was completed.

7  8. Then on Friday June 1, 2012 at about 4:30 p.m. we received notice of Oxana's
8  removal. *See* Exhibit E.

9  9. After researching the issue, on June 2, 2012 I wrote to Mr. Torres advising him we
10 would be filing this emergency motion *See* Exhibit F. ON the same day, I called his office and to
11 advised him of our intent to file this motion.

12 10. At my direction, our staff contacted the Court to let it know we would be filing this
13 motion.

14

15 I declare under penalty of perjury that the foregoing is true and correct and that this
16 declaration was executed on June 5, 2012 at Saipan, Commonwealth of the Northern Mariana
17 Islands.

18
19                   /s/              .
                  DAVID G. BANES

20

21
22 K:\David Banes\1001-03\New caption case\120604-D-Declaration of David Banes-dsp.doc

23

24

25