Robert J. O'Connor, (F0137)
O'CONNOR BERMAN DOTTS & BANES
2nd Floor, Marianas Business Plaza Bldg.
P.O. Box 501969
Susupe, Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683



E-FILED
CNMI SUPERIOR COURT
E-filed: Jun 9 2011 1:14PM
Clerk Review: Jun 13 2011 9:19AM
Filing ID: 38040184
Case Number: 11-0257-FCD
Bernie A Sablan

*Attorneys for Petitioner David G. Banes*

## IN THE SUPERIOR COURT
### OF THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DAVID GEORGE BANES, | FCD-DI CIVIL CASE NO.: 11- |
| Petitioner, | |
| v. | |
| OXANA GALKINA BANES, | PETITION FOR DIVORCE |
| Respondent. | |

**COMES NOW** Petitioner David G. Banes, and for his Petition for Divorce, states as follows:

1. Jurisdiction of this matter is vested in this Court by virtue of the provisions of the Commonwealth Trial Court Act of 1978, 8 CMC 1101, and the Constitution of the Commonwealth of the Northern Mariana Islands.

2. Petitioner is David G. Banes, a citizen of United States of America who has resided in the Commonwealth of the Northern Mariana Islands for more than nine (90) days immediately preceding the filing of this Petition, pursuant to 8 CMC 1332, as amended, Public Law 17-20.

**EXHIBIT "A"**

3. Respondent is Oxana Galkina Banes, a citizen of the United Sates of America presently residing in the Territory of Guam.

4. The parties hereto were married on Saipan on March 27, 2003 and ever since have been and are now husband and wife.

5. In March, 2008, the parties separated without any intention to live together again as husband and wife. The parties have been separated for two consecutive years without cohabitation, which is a ground for divorce pursuant to 8 CMC 1331 (h).

6. The parties have irreconcilable differences, which are persistent and irresolvable disagreements, that resulted in the breakdown of the marriage pursuant to 8 CMC 1331 (g) as amended, Sec. 2 of PL 17-20.

7. There are no children of the marriage.

8. The parties have no marital assets or obligations. Petitioner prays that the following disposition of assets and debts by confirmed by the Court:

   a. That all assets owned by the parties prior to the marriage shall remain separate property of the parties.

   b. Jewelry, clothing, personal effects, household items and personal property presently in the possession of each party shall be retained by each such party and confirmed as the separate property of each respective party.

      c.     Marital debt and obligations shall be deducted from the marital assets but separate debts shall remain the debt of the party who incurred them.

9. Petitioner and Respondent shall each assume and release the other from all liability and hold the other harmless on any accounts and debts held or incurred in their own names individually and after the date of separation. Any credit card charges or other expenses drawn on joint accounts shall be borne by the parties individually. It is understood that joint accounts shall be separated following the resolution of this petition.

10. Each party shall not molest, harass or annoy each other. The parties shall maintain the status quo with respect to their lives. They shall not visit each other's place of residence and shall remain separate and apart during these proceedings in order to afford each other peace and harmony.

11. There has been no previous final action for divorce, annulment or separation between the parties.

12. Each party should bear their own costs and attorney's fees.

WHEREFORE, Petitioner prays that:

1. The bonds of Matrimony heretofore existing be dissolved, and the parties awarded an absolute divorce from each other.

2. That the marital property and debts be distributed as set forth above.

3. Each party be granted the right to keep as his or her own separate property, all property now in the possession of the respective parties.

4. Petitioner shall assume her maiden name of Oxana Galkina.

5. Each party to bear their own costs and attorney's fees.

6. Such other and further relief as the Court may deem just and proper.

Dated this _____ day of _____, 2011.

Respectfully submitted,
O'CONNOR BERMAN DOTTS & BANES

_____/s/_____
Robert J. O'Connor, Esq.
Attorney for Petitioner

## VERIFICATION

I declare under penalty of perjury according to the laws of Saipan, CNMI that I have read the above petition and the contents are true and correct and based upon my personal knowledge and if called upon to testify I could do so competently and that this declaration was duly executed on this ___ day of _____, 2011

David George Banes

K:\DOLORES PALACIOS\110609-PL-Petition-DGB-dsp-1.doc