**By order of the court, GRANTED** *Judge Robert C. Naraja*



REXFORD C. KOSACK
JOHN A. JEWELL
LAW OFFICES OF REXFORD C. KOSACK
Third Floor, Bank of Hawaii Building
P.O. Box 500410
Saipan, MP 96950
Tel: (670) 322-8800
Fax: (670) 322-7800

E-FILED
CNMI SUPERIOR COURT
E-filed: May 14 2012 11:27AM
Clerk Review: N/A
Filing ID: 44220172
Case Number: 11-0257-FCD
N/A

*Attorneys for Petitioner David G. Banes*

## IN THE SUPERIOR COURT
## OF THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DAVID GEORGE BANES, <br><br> Petitioner, <br><br> v. <br><br> OXANA GALKINA BANES, <br><br> Respondent. | FCD-DI CIVIL CASE NO.: 11-0257 <br><br> [Proposed] **ORDER CHANGING TRIAL DATE** <br><br> Presiding Judge Robert C. Naraja |

Good cause having been shown, the previously-set trial date of May 21, 2012 is hereby changed and re-set for June 19, 2012. It is so ORDERED.

Dated:

_____
Robert C. Naraja
Presiding Judge

### EXHIBIT "D"

(Proposed) Order - 1