TORRES BROTHERS, LLC.
VICTORINO DLG. TORRES, F0253
Attorneys At Law
P.O. Box 501856
Ben & Bibang Bldg., First Floor
Garapan, Middle Road
Saipan, MP 96950
Tel: 670-233-5504/06
Fax: 670-233-5510

*Attorney for Respondent*

IN THE SUPERIOR COURT
OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DAVID GEORGE BANES, | FCD-DI CIVIL ACTION NO. 11-0257 |
| Petitioner, | |
| v. | NOTICE OF REMOVAL TO FEDERAL COURT |
| OXANA GALKINA BANES, | |
| Respondent. | |

COMES NOW, Respondent through counsel Victorino DLG. Torres hereby submits this notice of removal filed in federal court, captioned David George Banes vs. Oxana Galkina Banes, Civil Action No. 12-00011 is attached. This action has been removed to United States District Court for the Northern Mariana Islands pursuant to 28 U.S.C. Sec. 1446.

Respectfully submitted this 1st day of June, 2012.

TORRES BROTHERS, LLC.

/s/
VICTORINO DLG. TORRES, F0253
Attorney for Respondent

Exhibit "E"

VICTORINO TORRES

TORRES BROTHERS, LLC

P.O. BOX 501856

SAIPAN, MP 96950

PHONE: (670)233-5503

FAX: (670) 233-5310

COPY of
Original Filed
on this date

JUN - 1 2012

Clerk
District Court
for The Northern Mariana Islands

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DAVID GEORGE BANES,<br><br>Plaintiff,<br><br>v.<br><br>OXANA GALKINA BANES,<br><br>Defendant. | Civil Action No. CV 12-00011<br><br>NOTICE OF REMOVAL OF<br>CNMI SUPERIOR COURT CASE<br>NO. 11-0257 |

NOTICE OF REMOVAL OF CNMI SUPERIOR COURT CASE NO. 11-0257

Defendant Oxana Galkina Banes respectfully submits this notice of removal of CNMI Superior Court Case No. 11-0257 to this Court pursuant to 28 U.S.C. § 1446.

This case is proper for removal because the Court has jurisdiction over this dispute pursuant to 28 U.S.C. 1331. There is diversity of citizenship of the parties – David George Banes resides in the Commonwealth of the Northern Mariana Islands and Oxana Galkina Banes resides in Guam – and the dispute involves over $75,000, exclusion of fees and costs.

A copy of the Docket Sheet from CNMI Superior Court Case No. 11-0257 as well as all of the filings from that case are submitted with this notice.

Date: May 31st, 2012.

RESPECTFULLY SUBMITTED,

VICTORINO TORRES
TORRES BROTHERS LLC

P.O. Box 501856

Saipan, MP 96950

Phone: (670)233-5503

Fax: (670) 233-5310

Bar No. F0253