

David Banes <davidgbanes@gmail.com>

## Banes v. Banes emergency motion to dismiss
3 messages

**David Banes** <davidgbanes@gmail.com>   Sat, Jun 2, 2012 at 9:37 AM
To: Victorino Torres <pacificlaw@hotmail.com>, TORRES BROTHERS <torresbrothers@lycos.com>
Cc: rex kosack <rex.kosack@kosacklaw.com>, O'Connor Bob <obdb_spn@hotmail.com>, "josephhorey@Pacific-Lawyers.com" <josephhorey@pacific-lawyers.com>

Vic,

We have your notice of removal filed yesterday (Friday).

As required by the Local Rules we are hereby providing you with notice that we will be filing on Monday hopefully but certainly no later than Tuesday June 5th an emergency motion to dismiss as your removal is patently not appropriate and time barred as the existence of diversity was clear from the face of the Complaint, thus triggering the 30 day rule and there has been no amended pleading anyway that could possibly restart the 30 day jurisdictional limitations period. If you have case law that you believe supports yoru removal, please share it with me so that I can review it and perhaps be convinced of your argument. Otherwise, based on the research I have done, we will proceed with the emergency motion to dismiss in order to preserve the June 19th trial date.

Thank you

David

--
David Banes, Esq.
O'Connor, Berman, Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969
Phone: (670) 234-5684
Fax: (670) 234-5683

This message originates from the law firm of O'Connor, Berman, Dotts & Banes. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of O'Connor, Berman, Dotts & Banes. This message may not be copied or distributed without this disclaimer. If you received this message in error, please delete this message immediately and inform the sender of the error.

**David Banes** <davidgbanes@gmail.com>   Sat, Jun 2, 2012 at 10:29 AM
To: Victorino Torres <pacificlaw@hotmail.com>, TORRES BROTHERS <torresbrothers@lycos.com>
Cc: rex kosack <rex.kosack@kosacklaw.com>, O'Connor Bob <obdb_spn@hotmail.com>, "josephhorey@Pacific-Lawyers.com" <josephhorey@pacific-lawyers.com>, mokx0001 <mokx0001@umn.edu>

Vic,

I forgot to add another point, you will note that I am not asking anything from Oxana in my Petition. Hence the

**Exhibit "F"**

Court anyway does not have diversity jurisdiction as I did not request anything let alone $75,000.00.

David

[Quoted text hidden]

---

**David Banes** <davidgbanes@gmail.com>   Sat, Jun 2, 2012 at 10:29 AM
To: mokx0001 <mokx0001@umn.edu>

see below

[Quoted text hidden]